**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7195**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HECTOR R. FERNANDEZ,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-93-18-2, CA-99-1122-2)

─────────

Submitted: December 16, 1999       Decided: December 29, 1999

─────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Hector R. Fernandez, Appellant Pro Se. Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Hector R. Fernandez seeks to appeal the district court's order dismissing as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Fernandez</u>, Nos. CR-93-18-2; CA-99-1122-2 (E.D. Va. July 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>